The Honorable Michelle L. Peterson

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| MELISSA OLNEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MCGEE AIR SERVICES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:24-cv-05300-MLP<br><br>STIPULATED MOTION TO CONTINUE HEARING DATE |

Plaintiff Melissa Olney and Defendant McGee Air Services, Inc, hereby submit this Stipulated Motion to Continue Hearing Date for Plaintiff's Motion for Conditional Certification. The Parties have stipulated to the following dates:

- Defendant's brief in opposition shall be due on January 9, 2025
- Plaintiff's brief in reply shall be due on January 16, 2025
- The motion shall be noted for hearing on January 17, 2025

This minor continuance will not prejudice the Parties or meaningfully delay any other deadlines. The Parties, therefore, respectfully request the Court order the deadlines as specified above.

STIPULATED MOTION AND PROPOSED ORDER TO CONTINUE HEARING DATE
[NO. 3:24-CV-05300-MLP] - 1

Seyfarth Shaw LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

Respectfully submitted this January 2, 2025.

By:   */s/N. Joseph Wonderly*
    N. Joseph Wonderly, WSBA No. 51925
    Nicholas Gillard-Byers, WSBA No.
    999 Third Avenue, Suite 4700
    Seattle, Washington 98104-4041
    Phone: (206) 946-4910
    jwonderly@seyfarth.com
    ngillard-byers@seyfarth.com

*Counsel for Defendant*
*McGee Air Services, Inc.*

By:   */s/Nicholas J. Ferraro*
    Nicholas J. Ferraro (State Bar No. 59674)
    Ferraro Vega Employment Lawyers, Inc.
    3333 Camino del Rio South, Suite 300
    San Diego, CA 92108
    P: (619) 693-7727
    nick@ferrarovega.com

*Counsel for Plaintiff*
*Melissa Olney*

## ORDER

Pursuant to the stipulation of the parties, it is so ORDERED.

_____
Hon. Michelle Peterson

STIPULATED MOTION AND PROPOSED ORDER TO CONTINUE HEARING DATE
[NO. 3:24-CV-05300-MLP] - 2

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910