The Honorable Michelle L. Peterson

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| Melissa Olney, <br><br> Plaintiff, <br><br> v. <br><br> McGee Air Services, Inc., <br><br> Defendant. | Case No. 3:24-cv-05300-MLP <br><br> NOTICE OF APPEARANCE |

TO: CLERK OF THE COURT

AND: ALL PARTIES AND THEIR COUNSEL OF RECORD

    PLEASE TAKE NOTICE that Nicholas Gillard-Byers of Seyfarth Shaw LLP hereby appears in the above-captioned action as counsel of record for Defendant McGee Air Services, Inc. ("McGee").

    Service of all further pleadings, notices, documents or other papers in this matter, exclusive of original process, may be had upon said Defendant by serving the undersigned attorneys of record at the address stated below.

NOTICE OF APPEARANCE
[NO. 3:24-CV-05300-MLP] - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

Respectfully submitted this January 2, 2025.

SEYFARTH SHAW LLP

By: /s/Nicholas Gillard-Byers
Nicholas Gillard-Byers, WSBA No. 45707
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Phone: (206) 946-4910
Email: ngillard-byers@seyfarth.com

*Counsel for Defendant*
*McGee Air Services, Inc.*

NOTICE OF APPEARANCE
[NO. 3:24-CV-05300-MLP] - 2

**CERTIFICATE OF SERVICE**

I hereby declare that on January 2, 2025, I caused a copy of ***Defendant McGee Air Services, Inc.'s Notice of Appearance of Nicholas Gillard-Byers*** to be electronically filed with the Court using ECF-Filing system which will send notification of such filing to the following:

Nicholas J. Ferraro (State Bar No. 59674)
Ferraro Vega Employment Lawyers, Inc.
3333 Camino del Rio South, Suite 300
San Diego, CA 92108
P: (619) 693-7727
nick@ferrarovega.com

                                    */s/ Nicholas Gillard-Byers*

NOTICE OF APPEARANCE
[NO. 3:24-CV-05300-MLP] - 3

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910