The Honorable Michelle L. Peterson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELISSA OLNEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MCGEE AIR SERVICES, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:24-cv-05300-MLP<br><br>**Joint Stipulation to Dismiss Entire Action Without Prejudice Pursuant to Fed. R. Civ Proc. 41(a)(1)(A)(ii)**<br><br>NOTE ON MOTION CALENDAR:<br>July 15, 2025<br><br>Complaint Filed: April 18, 2024 |

Joint Stipulation to Dismiss Entire Action Without Prejudice
Pursuant to Fed. R. Civ Proc. 41(a)(1)(A)(ii)
[NO. 3:24-CV-05300-MLP] - 1 -

FERRARO VEGA EMPLOYMENT LAWYERS, INC.
3333 CAMINO DEL RIO SOUTH, SUITE 300
SAN DIEGO, CA 92108
(619) 693-7727

319107348v.1

# **STIPULATION OF DISMISSAL**

Plaintiff Melissa Olney ("Plaintiff") and Defendant McGee Air Services, Inc. ("Defendant") (collectively, the "Parties") jointly stipulate to dismiss this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties hereby stipulate to dismiss this action as follows:

# **DISMISSAL**

1. Plaintiff has agreed to a confidential individual settlement and release agreement. As such, Plaintiff has agreed to dismiss her individual claims with prejudice and the class and collective claims without prejudice.

2. The Parties hereby stipulate to dismiss this action pursuant to Fed. R. Civ. Proc 41(a)(1)(A)(ii), which provides, "subject to Rule[] 23(e) … and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: … a stipulation of dismissal signed by all parties who have appeared."

3. This dismissal is stipulated pursuant to Fed. R. Civ. Proc 41(a)(1)(A)(ii), which provides, "subject to Rule[] 23(e) … and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: … a stipulation of dismissal signed by all parties who have appeared."

4. Rule 23(e) governing certified classes and classes proposed to be certified does not apply, as "prior to certification" a named plaintiff may dismiss claims on behalf of a putative class under Rule 41(a)(1) because "Rule 23(e) does not provide the district court with any supervisory authority over such dismissals, nor does it require notice to the absent class members." *Ripley v. Bridgestone Retail Ops., LLC.*, No. C09-1482 RSM, 2010 WL 11684294, at *2 (W.D. Wash. Sept. 2, 2010) (citing Moore's Federal Practice 3d, § 23.64[2][a] (2007)); *see also Richey v. GetWellNetwork, Inc.*, No. 20-cv-2205-BEN-BLM, 2021 WL 424281, at *3 ("Because no class has been certified in this case, Rule 23 does not mandate either court approval of the instant settlement or notice

Joint Stipulation to Dismiss Entire Action Without Prejudice
Pursuant to Fed. R. Civ Proc. 41(a)(1)(A)(ii)
[NO. 3:24-CV-05300-MLP] - 2 -

319107348v.1

FERRARO VEGA EMPLOYMENT LAWYERS, INC.
3333 CAMINO DEL RIO SOUTH, SUITE 300
SAN DIEGO, CA 92108
(619) 693-7727

to putative class members" [quoting *Allred v. Chicago Title Co.*, No. 19CV2129-LAB (AHG), 2020 WL 5847550, at *1 (S.D. Cal. Oct. 1, 2020]).

     5.     Dismissal is effective upon the filing of a compliant notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007).

     6.     No further or heightened inquiry is required under Rule 23. *See, e.g., Dougan v. CenterPlate, Inc. et al.*, No. 22-CV-1496-JLS-SBC (S.D. Cal., Dec. 12, 2023) (Order Dismissing Entire Action Without Prejudice [ECF#16]). No class members' rights will be adversely impacted by the dismissal of this Federal Action without prejudice.

     IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their undersigned counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action shall be dismissed by Plaintiff in accordance with the Parties' confidential settlement agreement, and each party shall bear their own attorneys' fees and costs in this action.

     The Parties respectfully request the Court to issue a minute order dismissing Plaintiff's individual claims, with prejudice, and dismissing the class and collective claims without prejudice, and directing the Clerk to close the case.

///
///
///
///
///
///
///
///
///

Joint Stipulation to Dismiss Entire Action Without Prejudice
Pursuant to Fed. R. Civ Proc. 41(a)(1)(A)(ii)
[NO. 3:24-CV-05300-MLP] - 3 -

FERRARO VEGA EMPLOYMENT LAWYERS, INC.
3333 CAMINO DEL RIO SOUTH, SUITE 300
SAN DIEGO, CA 92108
(619) 693-7727

319107348v.1

Respectfully submitted this July 15, 2025.

By:   /s/ *Nicholas J. Ferraro*
Nicholas J. Ferraro (State Bar No. 59674)
Ferraro Vega Employment Lawyers, Inc.
3333 Camino del Rio South, Suite 300
San Diego, CA 92108
P: (619) 693-7727
nick@ferrarovega.com

*Counsel for Plaintiff*
*Melissa Olney*

I certify that this memorandum contains 684 words, in compliance with the Local Civil Rules.

By: /s/ *Nick Gillard-Byers*
Nick Gillard-Byers, WSBA No. 45707
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Phone: (206) 946-4910
ngillard-byers@seyfarth.com

*Counsel for Defendant*
*McGee Air Services, Inc*.

# ORDER

Pursuant to the stipulation of the parties, it is so ORDERED.

Dated this 16th day of July, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

Joint Stipulation to Dismiss Entire Action Without Prejudice
Pursuant to Fed. R. Civ Proc. 41(a)(1)(A)(ii)
[NO. 3:24-CV-05300-MLP]  - 4 -

FERRARO VEGA EMPLOYMENT LAWYERS, INC.
3333 CAMINO DEL RIO SOUTH, SUITE 300
SAN DIEGO, CA 92108
(619) 693-7727

319107348v.1