# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| MELISSA OLNEY,<br><br>      Plaintiff,<br><br>v.<br><br>MCGEE AIR SERVICES INC.,<br><br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C24-5300-MLP |

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

 THE COURT HAS ORDERED THAT

Plaintiff's complaint and this action are DISMISSED with prejudice.

 Dated July 16, 2025.

                Ravi Subramanian
                Clerk of Court

                s/Tim Farrell
                Deputy Clerk